All concur.

In the Matter of the Claim of RALPH C. WOLFF, Respondent, against MILLER CORSETS, INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

All concur.

In the Matter of the Claim of HAROLD J. MCCARTHY, Respondent, against COLONIAL LIFE INSURANCE COMPANY et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

All concur.

In the Matter of the Claim of WILFRED SANCHEZ, Respondent, against PHILIP ROSS, Doing business as ROSS EQUIPMENT COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.-